# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELLSWORTH ELECTRIC, INC., ET AL.,

               Plaintiffs,

               v.

IRONBRIDGE CONSTRUCTION, INC., ET AL,

               Defendants.

NO. 1:16-CV-1939

CHIEF JUDGE CHRISTOPHER C. CONNER

## <u>STIPULATION OF DISMISSAL</u>

The parties stipulate that this civil action shall be dismissed with prejudice as to all parties.

**ELLSWORTH ELECTRIC, INC.**
RHOADS & SINON LLP

By: /s/Michael W. Winfield
     Michael W. Winfield, Esquire
     PA Attorney ID No. 72680
     One South Market Square, 12th Floor
     PO Box 1146
     Harrisburg, PA 17108-1146
     Telephone:  (717) 233-5731

*Attorneys for Plaintiffs Ellsworth Electric, Inc. and United States of America, for the use of Ellsworth Electric, Inc.*

**IRONBRIDGE CONSTRUCTION, INC.**
WILLIAMS MULLEN

By: /s/Robert K. Cox
     Robert K. Cox, Esquire
     (admitted pro hac vice)
     VA Attorney ID No. 16230
     8300 Greensboro Drive, Suite 1100
     Tysons Corner, Virginia 22102
     Telephone: (703) 760-5200

SKARLATOS & ZONARICH LLC

By: /s/John B. Zonarich
     John B. Zonarich, Esquire
     PA Attorney ID No. 79989
     17 South Second Street, 6th Floor
     Harrisburg, PA 17101
     Telephone: (717) 233-1000

*Attorneys for Defendant IronBridge Construction, Inc.*

**ARCH INSURANCE COMPANY**
VARELA, LEE, METZ & GUARINO, LLP

By: /s/David B. Wonderlick
      David B. Wonderlick, Esquire
      PA Attorney ID No. 93670
      1600 Tysons Blvd., Suite 900
      Tysons Corner, Virginia 22102
      Telephone: (703) 454-0170

*Attorneys for Defendant Arch Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2017, I electronically filed the "Stipulation of Dismissal" with the Clerk of Court using the CM / ECF system, which will then send a notification of the filing to the following:

Robert K Cox
Williams Mullen, PC
8300 Greensboro Drive
Suite 1100
McLean, VA 22102
703-760-5200
*Attorneys for Defendant IronBridge Construction, Inc.*

John B. Zonarich
Skarlatos & Zonarich LLP
Skarlatos & Zonarich Building
17 South Second Street, 6th Floor
Harrisburg, PA 17101
(717) 233-1000
*Attorneys for Defendant IronBridge Construction, Inc.*

David Brian Wonderlick
Varela, Lee, Metz & Guarino, LLP
1600 Tysons Blvd.
Suite 900
Tyson Corner, VA 22102
703-454-0170
*Attorneys for Defendant Arch Insurance Company*

/s/Michael W. Winfield
Michael W. Winfield